(108 So. 76)

**Veltha GOSA v. STATE.    (6 Div. 659.)**

(Supreme Court of Alabama.    April 8, 1926.)

Certiorari to Court of Appeals.

R. G. Redden, of Vernon, for petitioner.

Harwell G. Davis, Atty. Gen., for the State.

PER CURIAM. Petition of Veltha Gosa for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Gosa v. State, 108 So. 75.

Writ denied.

ANDERSON, C. J., and SOMERVILLE, THOMAS, and BOULDIN, JJ., concur.